**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:25-cv-02078 |
| | ) |
| PEAK HOME HEALTH CARE, LLC d/b/a | ) |
| PURPOSECARE OF ILLINOIS – JOLIET, and | ) |
| TRISTIN SCHIMANSKI, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FEDERAL INSURANCE COMPANY hereby dismisses this action against all defendants without prejudice.

Dated: March 5, 2025

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

/s/ Alla Cherkassky Galati
Christopher A. Wadley (No. 6278651)
Alla Cherkassky Galati (No. 6316595)
cwadley@walkerwilcox.com
agalati@walkerwilcox.com
One North Franklin Street, Suite 3200
Chicago, IL 60606-3610
(312) 244-6700 – Telephone

Attorneys for **FEDERAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, which will send notification of such filing to all counsel of record. Peak Home Health Care, LLC d/b/a PurposeCare of Illinois– Joliet, which has not filed an appearance, will be provided notification via their contact, Greg Newsome, at the following email: gn-abrgroup@outlook.com.

/s/ Alla Cherkassky Galati